905 A.2d 864

IN THE MATTER OF JAMES PETER BYRNE,
AN ATTORNEY AT LAW.

September 6, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–046, concluding that **JAMES PETER BYRNE** of **WEST NEW YORK,** who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.5(c) and *Rule* 1:21–7(g) (failure to prepare written fee agreement), *RPC* 1.7(a) and (b) (conflict of interest), *RPC* 5.3(a), (b) and (c) (failure to supervise non-lawyer employees), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JAMES PETER BYRNE** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.